IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **TIMOTHY DESHAWN JONES** : | |
| Petitioner, : | |
| v.   : | Case No. 4:99-CR-27(HL) |
| : | 28 U.S.C. § 2255 |
| **UNITED STATES OF AMERICA,** : | Case No. 4:09-CV-90049(HL) |
| Respondent. : | |

### ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 76) on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 74).  The R&R recommends dismissing the Motion because it is a second or successive petition.  Petitioner did not file an objection.  After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 6th day of August, 2009.

　　　　　　　　　　　　　　　　　 *s/  Hugh Lawson*
　　　　　　　　　　　　　　　　　**HUGH LAWSON, Judge**

dhc

1